GERTRUDE BENSON, Respondent, v. GAIUS A. BRAUN et al., Appellants, et al., Defendant.—

Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Ughetta, JJ., concur.

MARY G. DE FORTE, Respondent, v. CITY OF NEW YORK, Appellant.—

Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Murphy, JJ., concur.